# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 5 MM 2015
BUREAU OF PROFESSIONAL AND :
OCCUPATIONAL AFFAIRS, :
:
      Respondent :
:
:
:
      v. :
:
:
EDWARD J. ALEXANDER, MD, :
:
      Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.